Commonwealth *v.* Armstrong, Appellant.

Argued September 20, 1973. *Lewis T. Moore,* with him *Andrew G. Gay,* for appellant; *James Garrett,* Assistant District Attorney, with him *James T. Ranney* and *Milton M. Stein,* As-

sistant District Attorneys, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.